# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 08- |
| | : | Magistrate No. 07-0440M |
| v. | : | |
| | : | **VIOLATION:** |
| **HARRY PHILLIP ZAKAS,** | : | 18 U.S.C. § 1343 (Wire Fraud) |
| | : | 26 U.S.C. § 7201 (Tax Evasion) |
| Defendant. | : | |
| | | **FILED UNDER SEAL** |

## I N F O R M A T I O N

The United States Attorney charges:

1.      On September 16, 2003, defendant **HARRY PHILLIP ZAKAS** incorporated Intelli7, Inc. ("Intelli7) in the State of Delaware.  Intelli7, which maintained offices in the District of Columbia, created software to analyze multiple levels of network traffic to detect any unauthorized intrusions without effecting the speed or availability of the network.  Until May 2006, defendant **HARRY PHILLIP ZAKAS** served as President and Chief Executive Officer.

2.      Novak Biddle Venture Partners ("Novak Biddle") provides equity financing and assistance to the management of early-stage, information technology companies.  In May 2004, Novak Biddle made an initial investment of $500,000 into Intelli7.  By July 2006, it had invested a total of $6,500,000 into Intelli7.  Novak Biddle held two seats on the Intelli7 Board of Directors.  Defendant **HARRY PHILLIP ZAKAS** and another Intelli7 employee also served as directors.

3.      On or about May 4, 2004, defendant **HARRY PHILLIP ZAKAS** entered into an employment agreement with Intelli7, which provided that defendant **HARRY PHILLIP ZAKAS** was to receive a base salary as compensation and was eligible to receive bonus payments if the Board of Directors determined that certain objectives had been met.  In 2005 and

2006, Intelli7 paid defendant **HARRY PHILLIP ZAKAS** $192,210.42 and $201,751.25, respectively, as compensation under his employment contract.

## COUNT I – WIRE FRAUD

4. From between in or about September 26, 2005 until in or about May 15, 2006, in the District of Columbia and elsewhere, defendant **HARRY PHILLIP ZAKAS** devised a scheme and artifice to defraud and to obtain money and property by means of false and fraudulent pretenses, representations, and promises, and to deprive Intelli7 of honest services as a Intelli7 employee, performed free from deceit, dishonesty, self-enrichment and self-dealing.

5. The purpose of the scheme was for defendant **HARRY PHILLIP ZAKAS** to enrich himself by embezzling and stealing more than $400,000 from Intelli7.

6. Defendant **HARRY PHILLIP ZAKAS** embezzled Intelli7 corporate funds by utilizing ATM/Debit cards ("Bank Cards") associated with Intelli7 corporate accounts Bank of Georgetown and the Bank of America to make unauthorized transactions for his personal use and benefit.  For example, defendant **HARRY PHILLIP ZAKAS** utilized Intelli7 bank cards to pay $157,875.38 to the Four Seasons Hotel in the District of Columbia for charges he incurred while staying there from January to May 2006, $111,718 to pay bar tabs incurred at several nightclubs in the District of Columbia, and $43,954 to various high end retail stores for clothing for himself and a girlfriend.  Each time defendant **HARRY PHILLIP ZAKAS** used one of Intelli7's bank card to pay his personal expenses, interstate electronic transmissions were sent.  The Bank of Georgetown processed all of Intelli 7's debit card transactions through a core data processing platform, located in Cherry Hill, New Jersey.  Bank of America processed all of Intelli 7's debit card transactions through the Visa data processing center in Highlands Ranch, Colorado, which then sent an additional electronic message to Bank of America, in Richmond, Virginia.

7. In addition to misusing the corporate bank cards, defendant **HARRY PHILLIP ZAKAS** misappropriated Intelli7 corporate funds by initiating two wire transfers, in the amounts of $34,000 and $20,000, respectively, from Intelli7's Bank of Georgetown account to one of his personal accounts and an account controlled by his girlfriend.  On May 1, 2006, defendant **HARRY PHILLIP ZAKAS** personally visited a Bank of Georgetown branch, in Washington, D.C., after which an electronic transmission was sent to the Federal Reserve Bank, in Richmond, Virginia, authorizing both wire transfers.

Wire Fraud, in violation of Title 18, United States Code, Section 1343.

## COUNT II - TAX EVASION

From on or about April 2004, through on or about April 15, 2007, in the District of Columbia and elsewhere, defendant **HARRY PHILLIP ZAKAS**, a resident of the District of Columbia, did willfully attempt to evade and defeat approximately $285,556 in income taxes due and owing by him to the United States for the tax years 2005 and 2006 by various means, including but not limited to: filing and causing to be filed a false and fraudulent federal withholding certificate (Form W-4) with his employer in which he falsely claimed that he was entitled to 29 withholding exemptions; using corporate funds to pay personal expenditures, and failing to timely file 2005 and 2006 United States Individual Income Tax Returns.

Tax Evasion, in violation of Title 26, United States Code, Section 7201.

JEFFREY A. TAYLOR
Attorney of the United States in
and for the District of Columbia

By: _____/s/_____
Susan B. Menzer
DC Bar #421007
Assistant United States Attorney
Fraud & Public Corruption Section
555 Fourth Street, N.W., Rm.5834
Washington, DC 20530
(202) 514-6968
Susan.Menzer@usdoj.gov