SEALED

USA V. ZAKAS

CR 08-0010



FILED
DEC - 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

To Whom It May Concern:

Novak Biddle Venture Partners was founded in 1996, and through five venture capital partnerships, makes early stage investments in promising information technology companies. See www.novakbiddle.com

Many of our 60 plus companies come out of science teams at the Department of Defense, Defense Advanced Projects Agency, Office of Naval Research, Army Research Labs, and the National Security Agency (NSA). Many such world class researchers have specific expertise that can be of value in the creation of commercial companies. Philip Zakas approached us in 2004 seeking start up funding for a company called Intell7. Phillip represented himself to us as someone recruited by NSA in high school because of his exceptional expertise in a particular field of mathematics This does in fact happen. He talked very credibly about his expertise in traffic analysis, which is an approach towards deducing information about the nature of traffic on highly encrypted data streams, even if you cannot in fact break the codes. Even encrypted information carries signatures that can be useful in deducing what is happening on a network. It's an area where we have some expertise, and his expertise appeared real. In doing this work, we believed Mr Zakas was granted Top Secret/Special Compartmentalized Intelligence Security Clearances, meaning he successfully completed some of the most exhaustive and comprehensive security screening done anywhere in the world. Top Secret is "The highest level of classification of material on a national level. Such material would cause "exceptionally grave damage" to national security if publicly available" Mr. Zakas' SCI clearances were even more sensitive.

Mr Zakas' idea was to use non-classified traffic analysis expertise and techniques to help secure corporate information from unauthorized access. In essence, even in an encrypted corporate network, based on traffic analysis and identity, individual users could be assigned access permissions (Bob can see payroll records, but can not use the procurement system). It's a powerful and timely idea.

Over the ensuing years, we provided $6,515,638 of additional financing, which funded the development of a world class team of 15 engineers who put their heart and souls into the business. Beginning in 2005, Philip's behavior grew increasingly erratic: skipping town for days, missing important meetings, stories of a family shipping fortune, the purported loss of a father and brother in separate plane crashes, and taking personal control over the Company's accounts and cash disbursements. By the summer of 2006, the Company's Controller, Annie Lurth, came to us privately to tell us she believed Philip was embezzling from the Company. We were impressed with her character and integrity, we hired her, and she works here to this day.

We froze all the accounts, brought in an acting CEO, and hired a forensic accountant to find the extent of the damage We then notified NSA that they had an alum that had gone bad, and was a potential national security threat, in the process confirming that he had in fact been a contractor for the Agency We also confirmed that his represented BA from Georgetown was legitimate, but they could make no comment on the MA he had represented he had been awarded. To say the least, it was shocking to us that someone who could be 'trusted' by our most sensitive intelligence agency, was also a con man.

Leave to file granted -
[illegible]
USDJ

We agreed that he would sign a note for the approximate $500,000 he embezzled if he would help us try to sell the business to another company, thereby saving the jobs of the 15 people then depending on the Company for their income, as well as potentially getting a partial return of our $6 million investment. He made no meaningful attempt to help, and as we began to hear that he was still 'living the high life' in Georgetown, had accepted a position with a new company that we knew was doing highly classified work for the Intelligence Community, and as I began to get calls from his former girlfriend and her friends that he was stalking her and hacking into computers, had multiple passports and drivers licenses, we concluded that Philip was more than just a thief. He is highly skilled technically, and while much of the life he pretends he lives is fantasy, we do believe he is a potential threat to national security, and everyone at Novak Biddle believes he is capable of continuing in his ways of deceit and exploitation. That is why we made the criminal referral, after much discussion at our company, and believe that someone in the position of trust given him by not just us, but our government, should face the maximum penalties available in a case like this.

Like most Venture Funds, our funds are provided mostly by University Endowments and Pensions funds. While his theft cost the principals of Novak Biddle over a million dollars personally, the bulk of the money lost due to his embezzlement and failure to help secure a sale of the assets is over $6 million. The victims were:

| | | | | |
|---|---|---|---|---|
| | | | ($5 160,544) | LPs |
| | | | ($1.355.294) | GPs |
| | | | ($6.515.838) | |
| | | | **Realized Loss** | |
| | **Committed Capital** | | **Per Partner** | |
| | **$** | **%** | **Intelli 7** | |
| Allied Capital Corporation | $3,000,000 | 2.4649% | ($128,487) | |
| Verizon Investment Management Corporation | $15,000,000 | 12 3245% | ($642,433) | |
| Howard Hughes Medical Institute | $5,000,000 | 4.1082% | ($214,144) | |
| Brown Investment Advisory | $1,000,000 | 0.8216% | ($42,829) | |
| Common Fund Capital New Leaders II, LP | $5,000,000 | 4.1082% | ($214,144) | |
| Donaldson Brown 6b- Mercantile Safe Deposit & Trust Co | $600,000 | 0.4930% | ($25,697) | |
| Donaldson Brown 2b- Mercantile Safe Deposit & Trust Co | $900,000 | 0 7395% | ($38,546) | |
| HLM/UH Fund of Funds, LP | $4,000,000 | 3 2865% | ($171,316) | |
| Comerica Capital Advisors, Inc. | $1,000,000 | 0.8216% | ($42,829) | |
| Mid Atlantic Fund of Funds II, LP | $1,000,000 | 0.8216% | ($42,829) | |
| Next Generation Partners III, LP | $7,000,000 | 5 7514% | ($299,802) | |
| North Carolina State Treasurer | $17,000,000 | 13.9677% | ($728,091) | |
| PNC Equities Corp | $2,500,000 | 2 0541% | ($107,072) | |
| Riggs Capital Partners II, LLC | $2,500,000 | 2.0541% | ($107,072) | |
| SH Private Equity Fund, LLC | $3,000,000 | 2.4649% | ($128,487) | |
| Lexington Capital Partners V, LP | $10,000,000 | 8.2163% | ($428,289) | |
| SVB Strategic Investors Fund, LP | $2,500,000 | 2.0541% | ($107,072) | |
| Richmond Acquisition- Goldman Sachs | $1,000,000 | 0.8216% | ($42,829) | |
| University of Richmond | $5,000,000 | 4 1082% | ($214,144) | |
| **Total Institutions** | $87,000,000 | 71.4819% | ($3 726 114 | |

| | | | |
|---|---|---|---|
| Novak Biddle Company III, LLC - General Partner | $1,217,092 | 1.0000% | ($1,355,294) |
| North East Harbor Investments | $1,000,000 | 0.8216% | ($42,829) |
| Alexander, Douglas | $250,000 | 0.2054% | ($10,707) |
| Big Tuna | $100,000 | 0.0822% | ($4,283) |
| Berkeley Richard M | $250,000 | 0.2054% | ($10,707) |
| Biddle, A G W | $100,000 | 0.0822% | ($4,283) |
| Binford, Joy E. | $50,000 | 0.0411% | ($2,141) |
| Black-Sandquist Trust | $300,000 | 0.2465% | ($12,849) |
| Bonsal, Frank A Jr | $300,000 | 0.2465% | ($12,849) |
| Brinkley Investments, LLC | $250,000 | 0.2054% | ($10,707) |
| Bronner, Philip | $50,000 | 0.0411% | ($2,141) |
| Brown Group, Inc | $200,000 | 0.1643% | ($8,566) |
| The Neill & Linda Brownstein Living Trust | $1,217,092 | 1.0000% | ($52,127) |
| Brueck Robert L | $100,000 | 0.0822% | ($4,283) |
| Cambridge Venture Investments LLC | $250,000 | 0.2054% | ($10,707) |
| Chapin, Stephen R Jr | $200,000 | 0.1643% | ($8,566) |
| CNF Investments LLC | $3,000,000 | 2.4649% | ($128,487) |
| Cook, Robert E | $500,000 | 0.4108% | ($21,414) |
| Crupi Joseph A & Lisa B Crupi | $100,000 | 0.0822% | ($4,283) |
| Curley, John F. Jr | $150,000 | 0.1232% | ($6,424) |
| Curtis, Guy H III | $100,000 | 0.0822% | ($4,283) |
| Dupont, Lammot J | $200,000 | 0.1643% | ($8,566) |
| English, Philip D | $500,000 | 0.4108% | ($21,414) |
| Freeman, Ernest & June Joint Living Trust | $300,000 | 0.2465% | ($12,849) |
| Faherty Property Co , Ltd | $400,000 | 0.3287% | ($17,132) |
| Farkas Family Limited Partnership | $200,000 | 0.1643% | ($8,566) |
| Fredrick, Stephen M | $50,000 | 0.0411% | ($2,141) |
| G. Grandchildren 1986 Trust | $3,000,000 | 2.4649% | ($128,487) |
| GC&H Investments | $500,000 | 0.4108% | ($21,414) |
| Gonzalez, Joaquin | $250,000 | 0.2054% | ($10,707) |
| Greenfield Family LP | $400,000 | 0.3287% | ($17,132) |
| Greenfield Foundation | $250,000 | 0.2054% | ($10,707) |
| Greenfield Stewart H | $600,000 | 0.4930% | ($25,697) |
| Grizzly King LLC | $200,000 | 0.1643% | ($8,566) |
| Hewitt Family LLC | $150,000 | 0.1232% | ($6,424) |
| Himelfarb, Richard J | $250,000 | 0.2054% | ($10,707) |
| Kaufman, Andrea S | $50,000 | 0.0411% | ($2,141) |
| Kaul, Pradeep | $200,000 | 0.1643% | ($8,566) |
| Kenneth F Logue Revocable Trust | $200,000 | 0.1643% | ($8,566) |
| Loyola Johnny Morris Partnership | $200,000 | 0.1643% | ($8,566) |
| Arthur J Marks Revocable Trust | $1,000,000 | 0.8216% | ($42,829) |
| Mathias Edward J | $250,000 | 0.2054% | ($10,707) |
| Moses Family LP | $500,000 | 0.4108% | ($21,414) |
| Novak Jr L Rogers | $100,000 | 0.0822% | ($4,283) |
| Pacific Strategic Investors Private Equity I, LP | $2,000,000 | 1.6433% | ($85,658) |
| Palmer, Mark & Sushma | $250,000 | 0.2054% | ($10,707) |
| P David Pappert | $250,000 | 0.2054% | ($10,707) |
| Peyser, Charles A | $100,000 | 0.0822% | ($4,283) |

| | | | |
|---|---|---|---|
| Pisula, Joseph T | $125,000 | 0 1027% | ($5,35[illegible]) |
| Pisula, Joseph J. | $100,000 | 0 0822% | ($4,283) |
| Quinn, Kevin G | $350,000 | 0 2876% | ($14,990) |
| Rappaport Ted & Brenda | $50,000 | 0.0411% | ($2,141) |
| Raymond D Rice Trust | $500,000 | 0.4108% | ($21,414) |
| Readmond, Ronald W | $250,000 | 0.2054% | ($10,707) |
| Rich George S | $400,000 | 0 3287% | ($17,132) |
| Rotherwood Ventures LLC | $500,000 | 0.4108% | ($21,414) |
| Rutherford Group | $250,000 | 0.2054% | ($10,707) |
| Scholl Thomas H | $500,000 | 0 4108% | ($21,414) |
| Shawkemo Investments LLC | $1,000,000 | 0 8216% | ($42,829) |
| Andre Seynhaeve Trust | $1,500,000 | 1.2324% | ($64,243) |
| Tyler, William B | $400,000 | 0.3287% | ($17,132) |
| VanCamp, Robert | $100,000 | 0.0822% | ($4,283) |
| Valinco Investments Ltd. | $500,000 | 0 4108% | ($21,414) |
| Vanguard Atlantic Ltd | $1,000,000 | 0 8216% | ($42,829) |
| Voorhees Securities | $500,000 | 0 4108% | ($21,414) |
| Walker, W Michael | $500,000 | 0.4108% | ($21,414) |
| Woodbrook MB LP | $1,150,000 | 0 9449% | ($49,253) |
| Wright, Peter A | $500,000 | 0.4108% | ($21,414) |
| WS Investment Co 2000 B | $1,000,000 | 0.8216% | ($42,829) |
| Young, Dendy | $1,500,000 | 1.2324% | ($64,243) |
| **Total Individuals** | $34,709,184 | 28.5181% | **($2,789,723)** |
| **Total Institutions & Individuals** | $121,709,184 | 100 0000% | ($6,515,837) |

Sincerely,

Jack Biddle
Novak Biddle Venture Partners
7501 Wisconsin Avenue
East Tower, Suite 1380
Bethesda, MD 20814
Phone:



**Novak Biddle Venture Partners III, LP**

**Intelli 7 Loss Per Partner**

| | Committed Capital | | Realized Loss Per Partner Intelli 7 |
|---|---|---|---|
| | | | ($5,160,544) LPs |
| | | | ($1,355,294) GPs |
| | | | ($6,515,838) |
| | $ | % | |
| Allied Capital Corporation | $3,000,000 | 2 4649% | ($128,487) |
| Verizon Investment Management Corporation | $15,000,000 | 12.3245% | ($642,433) |
| Howard Hughes Medical Institute | $5,000,000 | 4 1082% | ($214,144) |
| Brown Investment Advisory | $1,000,000 | 0.8216% | ($42,829) |
| Common Fund Capital New Leaders II, LP | $5,000,000 | 4 1082% | ($214,144) |
| Donaldson Brown 6b - Mercantile Safe Deposit & Trust Co | $600,000 | 0.4930% | ($25,697) |
| Donaldson Brown 2b - Mercantile Safe Deposit & Trust Co | $900,000 | 0 7395% | ($38,546) |
| HLM/UH Fund of Funds, LP | $4,000,000 | 3.2865% | ($171,316) |
| Comerica Capital Advisors, Inc. | $1,000,000 | 0.8216% | ($42,829) |
| Mid Atlantic Fund of Funds II, LP | $1,000,000 | 0.8216% | ($42,829) |
| Next Generation Partners III, LP | $7,000,000 | 5.7514% | ($299,802) |
| North Carolina State Treasurer | $17,000,000 | 13.9677% | ($728,091) |
| PNC Equities Corp | $2,500,000 | 2.0541% | ($107,072) |
| Riggs Capital Partners II, LLC | $2,500,000 | 2 0541% | ($107,072) |
| SH Prviate Equity Fund, LLC | $3,000,000 | 2.4649% | ($128,487) |
| Lexington Capital Partners V, LP | $10,000,000 | 8.2163% | ($428,289) |
| SVB Strategic Investors Fund, LP | $2,500,000 | 2.0541% | ($107,072) |
| Richmond Acquisition- Goldman Sachs | $1,000,000 | 0 8216% | ($42,829) |
| University of Richmond | $5,000,000 | 4.1082% | ($214,144) |
| **Total Institutions** | $87,000,000 | 71 4819% | ($3,726,114) |
| | | | |
| Novak Biddle Company III, LLC - General Partner | $1,217,092 | 1.0000% | ($1,355,294) |
| North East Harbor Investments | $1,000,000 | 0.8216% | ($42,829) |
| Alexander, Douglas | $250,000 | 0.2054% | ($10,707) |
| Big Tuna | $100,000 | 0.0822% | ($4,283) |
| Berkeley, Richard M | $250,000 | 0 2054% | ($10,707) |
| Biddle, A G W | $100,000 | 0.0822% | ($4,283) |
| Binford, Joy E | $50,000 | 0 0411% | ($2,141) |
| Black Sandquist Trust | $300,000 | 0.2465% | ($12,849) |
| Bonsal, Frank A , Jr | $300,000 | 0 2465% | ($12,849) |
| Brinkley Investments, LLC | $250,000 | 0.2054% | ($10,707) |
| Bronner, Philip | $50,000 | 0.0411% | ($2,141) |
| Brown Group, Inc | $200,000 | 0 1643% | ($8,566) |
| The Neill & Linda Brownstein Living Trust | $1,217,092 | 1.0000% | ($52,127) |
| Brueck, Robert L | $100,000 | 0.0822% | ($4,283) |
| Cambridge Venture Investments LLC | $250,000 | 0.2054% | ($10,707) |
| Chapin Stephen R Jr | $200,000 | 0.1643% | ($8,566) |
| CNF Investments LLC | $3,000,000 | 2.4649% | ($128,487) |
| Cook Robert E | $500,000 | 0.4108% | ($21,414) |
| Crupi, Joseph A & Lisa B Crupi | $100,000 | 0 0822% | ($4,283) |
| Curley, John F Jr | $150,000 | 0.1232% | ($6,424) |
| Curtis Guy H III | $100,000 | 0 0822% | ($4,283) |

| | Committed Capital | | Realized Loss Per Partner Intelli 7 |
|---|---|---|---|
| | $ | % | |
| duPont Lammot J | $200,000 | 0 1643% | ($8,566) |
| English Philip D | $500,000 | 0 4108% | ($21,414) |
| Freeman Ernest & June Joint Living Trust | $300,000 | 0 2465% | ($12,849) |
| Faherty Property Co., Ltd. | $400,000 | 0 3287% | ($17,132) |
| Farkas Family Limited Partnership | $200,000 | 0.1643% | ($8,566) |
| Fredrick Stephen M | $50,000 | 0 0411% | ($2,141) |
| G Grandchildren 1986 Trust | $3,000,000 | 2 4649% | ($128,487) |
| GC&H Investments | $500,000 | 0 4108% | ($21,414) |
| Gonzalez Joaquin | $250,000 | 0 2054% | ($10,707) |
| Greenfield Family LP | $400,000 | 0.3287% | ($17,132) |
| Greenfield Foundation | $250,000 | 0.2054% | ($10,707) |
| Greenfield Stewart H | $600,000 | 0 4930% | ($25,697) |
| Grizzly King LLC | $200,000 | 0.1643% | ($8,566) |
| Hewitt Family LLC | $150,000 | 0 1232% | ($6,424) |
| Himelfarb Richard J | $250,000 | 0.2054% | ($10,707) |
| Kaufman, Andrea S | $50,000 | 0.0411% | ($2,141) |
| Kaul Pradeep | $200,000 | 0.1643% | ($8,566) |
| Kenneth F Logue Revocable Trust | $200,000 | 0.1643% | ($8,566) |
| Loyola-Johnny Morris Partnership | $200,000 | 0 1643% | ($8,566) |
| Arthur J Marks Revocable Trust | $1,000,000 | 0 8216% | ($42,829) |
| Mathias, Edward J | $250,000 | 0.2054% | ($10,707) |
| Moses Family LP | $500,000 | 0 4108% | ($21,414) |
| Novak Jr., E Rogers | $100,000 | 0 0822% | ($4,283) |
| Pacific Strategic Investors Private Equity I, LP | $2,000,000 | 1 6433% | ($85,658) |
| Palmer, Mark & Sushma | $250,000 | 0.2054% | ($10,707) |
| P David Pappert | $250,000 | 0.2054% | ($10,707) |
| Peyser Charles A. | $100,000 | 0.0822% | ($4,283) |
| Pisula, Joseph T | $125,000 | 0 1027% | ($5,354) |
| Pisula, Joseph J | $100,000 | 0.0822% | ($4,283) |
| Quinn, Kevin G | $350,000 | 0.2876% | ($14,990) |
| Rappaport Ted & Brenda | $50,000 | 0.0411% | ($2,141) |
| Raymond D Rice Trust | $500,000 | 0.4108% | ($21,414) |
| Readmond, Ronald W | $250,000 | 0.2054% | ($10,707) |
| Rich, George S | $400,000 | 0.3287% | ($17,132) |
| Rotherwood Ventures LLC | $500,000 | 0 4108% | ($21,414) |
| Rutherford Group | $250,000 | 0.2054% | ($10,707) |
| Scholl, Thomas H | $500,000 | 0.4108% | ($21,414) |
| Shawkemo Investments LLC | $1,000,000 | 0.8216% | ($42,829) |
| Andre Seynhaeve Tust | $1,500,000 | 1.2324% | ($64,243) |
| Tyler, William B | $400,000 | 0.3287% | ($17,132) |
| VanCamp, Robert | $100,000 | 0.0822% | ($4,283) |
| Valinco Investments Ltd | $500,000 | 0.4108% | ($21,414) |
| Vanguard Atlantic Ltd. | $1,000,000 | 0.8216% | ($42,829) |
| Voorhees Securities | $500,000 | 0.4108% | ($21,414) |
| Walker, W Michael | $500,000 | 0.4108% | ($21,414) |
| Woodbrook MB LP | $1,150,000 | 0.9449% | ($49,253) |
| Wright Peter A | $500,000 | 0.4108% | ($21,414) |
| WS Investment Co 2000 B | $1,000,000 | 0.8216% | ($42,829) |
| Young Dendy | $1,500,000 | 1 2324% | ($64,243) |
| Total Individuals | $34,709,184 | 28.5181% | ($2,789,723) |
| Total Institutions & Individuals | $121,709,184 | 100.0000% | ($6,515,837) |