**JAMES ROBERTSON**
**UNITED STATES DISTRICT JUDGE**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**ORDER TO SURRENDER**

**FILED**

**MAY 2 6 2009**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

vs.

Harry Phillip Zakas                    Docket No.: 1:08CR00010

**TO:   DIRECTOR, FEDERAL BUREAU OF PRISONS**

It is hereby **ORDERED** that **Harry Phillip Zakas** having been sentenced, on April 15,

2009, in the above case to the custody of the Bureau of Prisons, surrender himself to the Bureau

of Prisons by reporting to __FCI Cumberland__, in __Cumberland, MD__ by 2 p.m.,

on __June 4, 2009__ .

_5/26/09_
**Date**

_James Robertson_
**JAMES ROBERTSON**
**UNITED STATES DISTRICT JUDGE**

**ACKNOWLEDGMENT:** I agree to report as directed in this Order and understand that if I fail to do so, I
may be cited for Contempt of Court, and if convicted of this offense, may be punished by imprisonment or
fine, or both.

**ATTORNEY/U.S. PROBATION OFFICER**                    **DEFENDANT**

Revised 6-2004